

```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

**Entered on Docket**
**July 28, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the court.
Signed July 28, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 13-41292 WJL |
| **DAVID DOMINICK RUGGIERO and RHINA RUGGIERO,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on June 30, 2015, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

The secured claim filed by Marina Garden Homeowners Association, claim #9, in the amount of $7,440.42 shall be paid through the debtors' Chapter 13 plan. The claim shall be paid in full and will begin accruing interest at the rate of 12% per annum upon the entry of the Order Modifying Plan.

Commencing April 2013, debtors will pay $525.00 for 1 month, $0.00 for 1 month, $600.00 for 1 month, $500.00 for 1 month, $625.00 for 1 month, $920.00 for 1 month, $375.00 for 1 month, $0.00 for 3 months,

Page 1 of 3

Case: 13-41292   Doc# 58   Filed: 07/28/15   Entered: 07/28/15 15:03:33   Page 1 of 3

$1,190.00 for 1 month, $0.00 for 1 month, $1,275 for 1 month, $250.00 for 1 month, $0.00 for 1 month, $1,050 for 1 month, $875 for 1 month, $500.00 for 1 month, $625.00 for 1 month, $125.00 for 1 month, $0.00 for 1 month, $800.00 for 1 month, $600.00 for 4 months, $750.00 for 1 month, followed by $600.00 per month thereafter for 33 months. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'